TENTH COURT-APPEALS                                    DECEMBER 30, 2020
501 WASHINGTON AVE.
#415
WACO, TEXAS 76701

10-11-00075-CR

IM SENDING THE TENTH COURT A MONEY ORDER FOR $9.80. IN WHICH I OWE FOR REQUESTING (MARK GOETZ) TESTIMONY.

IM UNCERTAIN OF THE AMOUNT TO REQUEST TESTIMONY OF (CHRIS YOUNGKIN). IF, PERHAPS THERE IS MORE ADDITIONAL AMOUNT. IM SENDING AN MONEY ORDER IN THE AMOUNT OF $10.30.

HOWEVER, WHICHEVER THE AMOUNT (I) MAY OR MAY NOT WENT OVER. PERHAPS, SO PLEASE SEND THE DRUG ANALYSIS'S REPORT ON LAB CASE #181472 AND #180799. IF, YOU HAVE TO SEND THE DIFFERENCE IF ITS A DOUBLE COPIES OF LAB RESULTS.

* I CERTAINLY THANKS FOR THE EFFORT

RECEIVED
JAN 15 2021
COURT OF APPEALS
WACO, TEXAS



THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

WesternUnion WU

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

**Brookshire Brothers**
(ISSUING AGENT)

A 628278 D 010421
T 1343 09
191459478214 L 000103

19-145947821

$ 10.30

PAY EXACTLY    TEN DOLLARS AND THIRTY CENTS

PAY TO THE ORDER OF    TENTH COURT-Appeals

501 WASHINGTON AVE.

PAYMENT FOR/ACCT. #

PURCHASER'S SIGNATURE
PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE

⑈102100400⑈ 4019145947821 4⑈



THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

WesternUnion WU

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

**Brookshire Brothers**
(ISSUING AGENT)

A 628278 D 010421
T 1343 09
191459478223 L 000103

19-145947822

$ 9.80

PAY EXACTLY    NINE DOLLARS AND EIGHTY CENTS

PAY TO THE ORDER OF    TENTH COURT-Appeals

501 WASHINGTON AVE.

PAYMENT FOR/ACCT. #

PURCHASER'S SIGNATURE
PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE

10-11-00075-CR  Copies

⑈102100400⑈ 4019145947822 3⑈